BRUCE W. BLAKELY [SBN 106832]
FLAXMAN & BLAKELY
Shelterpoint Business Center
591 Redwood Highway, Suite 2275
Mill Valley, CA 94941
Telephone: (415) 381-6650
Facsimile: (415) 381-4301

Attorneys for Defendant
DYNAMAX CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICK HERZ,

        Plaintiff,

vs.

DYNAMAX CORPORATION, an Indiana Corporation,

        Defendant.

CASE NO. C 07-0183 CW

STIPULATION TO TRANSFER CASE TO DISTRICT OF NEVADA; AND ORDER

    Plaintiff Patrick Herz and Defendant Dynamax Corporation, by and through their counsel of record, hereby stipulate to transfer the above-entitled matter to the United States District Court for the District of Nevada. This stipulation shall be filed only in the event that the parties are unable to reach a settlement at a mediation to be conducted though the Northern District of California's mediation program.

Dated: April 2, 2007

Kyra Millich
Kemnitzer, Anderson, Barron & Ogilvie, LLP
For Plaintiff Patrick Herz

Dated: April 25, 2007

Bruce W. Blakely, Esq.
Flaxman & Blakely
For Defendant Dynamax Corporation

STIPULATION TO TRANSFER CASE TO DISTRICT OF NEVADA; AND ORDER    C-07-0183 CW

1

## Order Transferring Case to District of Nevada.

Based upon the foregoing Stipulation, and having received notification from the parties that the case was not resolved through mediation, it is hereby ordered that the case of *Patrick Herz v. Dynamax Corporation*, United States District Court Case Number C 07-0183 CW, is hereby transferred to the United States District Court for the District of Nevada. The Clerk of the Court is directed to transfer this file to the Court Clerk of the District of Nevada.

IT IS SO ORDERED.

Dated: 6/21/07

*(signature)*

Honorable Claudia Wilken
United States District Judge